Herman STEVENSON, III,
Petitioner–Appellant,

v.

Michael PETTIFORD, Respondent–Appellee.

No. 04–60373.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 17, 2004.

Herman Stevenson, III, pro se, Yazoo City, MS, Petitioner–Appellant.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM: \*

Herman Stevenson, III, federal prisoner # 24905–034, appeals the district court's dismissal of his 28 U.S.C. § 2241 petition for a writ of habeas corpus challenging his 1997 convictions for conspiracy to possess with intent to distribute cocaine, attempted possession with intent to distribute cocaine, and using and carrying a firearm during a drug-trafficking offense. Stevenson argues that he is actually and factually innocent, that counsel's failure to request a proper jury instruction constituted ineffective assistance, that the district court should have invoked its mandamus power to correct these errors, and that the ad-

published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.

mission of a co-defendant's statement violated his Sixth Amendment confrontation rights.

Stevenson has not shown that his claims are based on a retroactively applicable Supreme Court decision which establishes that he may have been convicted of a nonexistent offense and that his claims were foreclosed by circuit law at the time when the claims should have been raised in his trial, appeal, or first § 2255 motion. *See Reyes–Requena v. United States,* 243 F.3d 893, 904 (5th Cir.2001).

Accordingly, the district court's judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.